2024-1268

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**GUJARAT FLUOROCHEMICALS LTD.,**
Plaintiff - Appellee

v.

**UNITED STATES,**
Defendant

**DAIKIN AMERICA, INC.,**
Defendant – Appellant

Appeal from the United States Court of International Trade in case no. 1:22-cv-00120-TCS, Judge Timothy C. Stanceu.

# A NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT-APPELLANT DAIKIN AMERICA, INC.

We respectfully request that the Clerk withdraw the appearance of Michelle R. Avrutin as one of the attorneys for Defendant-Appellant Daikin America, Inc. and that electronic notices and electronic service of documents no longer be provided to her email address. Ms. Avrutin is no longer employed with Schagrin Associates and will no longer participate as counsel in this litigation.

1

Luke A. Meisner remains the principal counsel of record.

Respectfully submitted,

*/s/ Luke A. Meisner*

Luke A. Meisner

SCHAGRIN ASSOCIATES
900 Seventh Street NW, Suite 500
Washington, DC 20001
(202) 223-1700
rschagrin@schagrinassociates.com
*Attorneys for Defendant-Appellant Daikin America, Inc..*

January 10, 2025